UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGIODYNAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BIOLITEC, INC., BIOLITEC AG, BIOMED TECHNOLOGY HOLDINGS LTD. and WOLFGANG NEUBERGER,<br><br>Defendants | C.A. No. 09-cv-30181-MAP |

**OBJECTION TO MAGISTRATE JUDGE'S
ORDER DENYING MOTION TO COMPEL THIRD PARTY
DEPOSITION AND GRANTING MOTION TO QUASH SUBPOENA**

*Overruled. The Magistrate Judge's order was neither clearly erroneous nor contrary to law.*

*Michael A. Ponsor USDJ*
*6·26·13*

DOHERTY, WALLACE, PILLSBURY &
 MURPHY, P.C.
One Monarch Place – Suite 1900
Springfield, Massachusetts 01144-1900
(413) 733-3111
(413) 734-3910 (fax)

THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(212) 363-3790 (fax)

Counsel for Defendants Biolitec AG., Biomed
Technology Holdings, Ltd. and Wolfgang
Neuberger