UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**C.A. No. 09-cv-30181-MAP**

ANGIODYNAMICS, INC.,

Plaintiff,

-vs.

BIOLITEC, INC., BIOLITEC AG, BIOMED
TECHNOLOGY HOLDINGS LTD. and
WOLFGANG NEUBERGER,

Defendants

## DEFENDANTS' MOTION FOR RECONSIDERATION
## OF DEFAULT JUDGMENT PURSUANT TO RULES 59(e)
## AND 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendants Biolitec, Inc., Biolitec AG, Biomed Technology Holdings, Ltd. and

Wolfgang Neuberger (the "Foreign Defendants"), move

   (i)   pursuant to Rule 59(e) of the Federal Rules of Civil Procedure to
         alter or amend the default judgment entered on March 18, 2014
         [ECF 418] (the "Default Judgment") and the Court's Memoranda
         and Orders on which the Default Judgment, *i.e.*, the Memorandum
         and Order Regarding Plaintiff's Motion for Sanctions entered on
         January 14, 2014 [ECF 395] (the "January 14 Decision") and the
         Memorandum and Order Regarding Damages entered on March
         18, 2014 [ECF 417] (the "March 18 Decision"); and

   (ii)  pursuant to Rules 60(b)(4) and 60(b)(6) of the Federal Rules of
         Civil Procedure for relief from the Default Judgment, the January
         14, 2014 Decision and the March 18 Decision.

In support of this motion (the "Motion for Reconsideration"), the Foreign Defendants

submit the declaration of the former Chief Financial Officer of defendant Biolitec, Inc., Art

Henneberger, executed on April 15, 2014 [ECF 420] and the accompanying memorandum of law

[ECF 421].