UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGIODYNAMICS, INC.,

                                Plaintiff,

v.

BIOLITEC, INC., BIOLITEC AG,
BIOMED TECHNOLOGY
HOLDINGS LTD., AND
WOLFGANG NEUBERGER,

                                Defendants,

BIOLITEC HOLDING U.S., INC.,
BIOLITEC MEDICAL DEVICES, INC.,
BIOLITEC U.S., INC., CERAMOPTEC
INDUSTRIES, INC.,

                                Trustees.

No. 3:09-CV-30181-MAP

**PLAINTIFF'S STATUS REPORT INFORMING THE COURT THAT PLAINTIFF HAS FILED A MOTION TO MODIFY THE AUTOMATIC STAY IN DELAWARE BANKRUPTCY COURT**

On April 8, 2015, AngioDynamics filed a motion for default judgment against the above-captioned Trustees. PACER Documents 476-479. Nine days later, on April 17, 2015, each of the Trustees filed Chapter 7 petitions in the U.S. Bankruptcy Court for the District of Delaware. *See* Document 483. On May 12, 2015, this Court denied AngioDynamics's pending motion for default judgment without prejudice due to the automatic bankruptcy stay resulting from the Trustees' Chapter 7 filings. Document 489.

AngioDynamics respectfully submits this status report to inform the Court that on July 9, 2015, AngioDynamics filed a motion in the Delaware Bankruptcy Court seeking a modification

of the automatic bankruptcy stay regarding the four Trustees.  A copy of the motion, as filed, is attached hereto as **Exhibit 1**.  The motion asks the Delaware Bankruptcy Court to enter an order

> permit[ting] AngioDynamics, Inc. to pursue its motion for default judgment against the [Trustees] in the U.S. District Court for the District of Massachusetts, and to obtain a ruling from that court on the motion for default judgment against the [Trustees].

*See* Exhibit 1 at p.p. 90-91 of 91.

The motion is scheduled for hearing before the Delaware Bankruptcy Court on July 30, 2015, at 3 PM.

AngioDynamics will inform this Court when the Delaware Bankruptcy Court rules on the motion to modify the stay.

Respectfully submitted,

Dated:  July 15, 2015

  */s/ William E. Reynolds*
William E. Reynolds, BBO # 629495
Bond, Schoeneck & King, PLLC
Attorneys for Plaintiff
22 Corporate Woods
Albany, New York 12211
Phone:  (518) 533-3000
Fax:     (518) 533-3299