UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGIODYNAMICS, INC.,

                        Plaintiff,

v.

BIOLITEC, INC., BIOLITEC AG, BIOMED TECHNOLOGY HOLDINGS LTD., AND WOLFGANG NEUBERGER,

                        Defendants,

BIOLITEC HOLDING U.S., INC., BIOLITEC MEDICAL DEVICES, INC., BIOLITEC U.S., INC., CERAMOPTEC INDUSTRIES, INC.,

                        Trustees.

No. 3:09-CV-30181-MAP

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2015, I electronically filed through the CM/ECF system the foregoing Plaintiff's Status Report Informing the Court that Plaintiff Has Filed a Motion to Modify the Automatic Stay in Delaware Bankruptcy Court, and that copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                            /s/ *William E. Reynolds*

                                                            William E. Reynolds

313086.18 7/15/2015